**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **In re:** | ) **Case No.:** 18-22529 |
| **Jeffery Pabst** | ) |
| **Michele Pabst** | ) **Chapter:** Chapter 13 |
| Debtor(s) | ) |
| | ) **Judge:** Honorable A. Benjamin Goldgar |

**NOTICE OF MOTION**

**To:**
Jeffery & Michele Pabst, 2171 Cedar Ave #, Hanover Park, IL 60133

Marshall, Marilyn O., Trustee, 224 S. Michigan Ave. #800, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on 10/2/18 at 11.00 a.m. I shall appear before the Honorable **Honorable A. Benjamin Goldgar in 219 S. Dearborn St. Courtroom 642, Chicago, IL 60604** and then and there present the attached **MOTION FOR ORIGINAL FEES**, a copy of which is attached hereto.

         **By:**   **/s/ Joseph M. D'Onofrio**
               **Joseph M. D'Onofrio,** *Attorney for Debtor(s)*

**CERTIFICATE OF SERVICE**

I, **Joseph M. D'Onofrio**, hereby certify that a copy of this Notice along with the aforementioned document was served upon the above parties, by depositing the same in the U.S. Mail at 55 E. Monroe St., Chicago, Illinois, 60603, before 5:30 p.m. on **09/06/2018**, except that the Chapter 13 Trustee was served via electronic notice on such date.

         **By:**   **/s/ Joseph M. D'Onofrio**
               **Joseph M. D'Onofrio,** *Attorney for Debtor(s)*

**Attorneys for the Debtor(s)**
**Prepared by: Joseph M. D'Onofrio**
**Geraci Law L.L.C.**
55 E. Monroe Street #3400
Chicago, IL 60603
(Ph): 312.332.1800      (Fax): 877.247.1960

**Our Client(s) Record # 788434**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery Richard Pabst Sr.** | Social Security number or ITIN | **xxx–xx–6873** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michele Margaret Pabst** | Social Security number or ITIN | **xxx–xx–5051** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter  **13**  **8/10/18** | |
| Case number:  **18–22529** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffery Richard Pabst Sr. | Michele Margaret Pabst |
| 2. | **All other names used in the last 8 years** | | aka Michele Wilgus |
| 3. | **Address** | 2171 Cedar Ave<br>APT#<br>Hanover Park, IL 60133 | 2171 Cedar Ave<br>APT#<br>Hanover Park, IL 60133 |
| 4. | **Debtor's attorney**<br>Name and address | Joseph M D'Onofrio<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603 | Contact phone 312.332.1800<br>Email: ndil@geracilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 8/13/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | Location:<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/9/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/6/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/2/18** at **11:00 AM**, Location: **219 South Dearborn, Courtroom 642, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 18-22529-ABG
Jeffery Richard Pabst, Sr.
Michele Margaret Pabst  Chapter 13
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: ccorona1      Page 1 of 2      Date Rcvd: Aug 13, 2018
                    Form ID: 309I      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.

```
db/jdb        +Jeffery Richard Pabst, Sr.,    Michele Margaret Pabst,    2171 Cedar Ave,    APT#,
               Hanover Park, IL 60133-3544
26979208      +ADC,    PO Box 500,    Baraboo,WI 53913-0500
26979210      +Advocate Medical Group,    Bankruptcy Department,    75 Remittance Dr., Ste. 1773,
               Chicago,IL 60675-1773
26979212      +Associated Pathology Consult.,    Bankruptcy Department,    2634 Solutions Center,
               Chicago,IL 60677-0001
26979188     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
              (address filed with court: Choice Recovery,     Attn: Bankruptcy Dept.,
               1550 Old Henderson Rd St,    Columbus,OH 43220)
26979190      +Clerk, Chancery,    2017-CH-07115,    50 W. Washington St., Room 802,    Chicago,IL 60602-1305
26979178      +Clerk, First Mun Div,    14-M1-121131,    50 W. Washington St., Rm. 1001,    Chicago,IL 60602-1316
26979204      +Clerk, Third Mun Div,    16-M3-6761,    2121 Euclid Ave #121,    Rolling Meadows,IL 60008-1500
26979211      +Elmhurst Emergency Med.,    Attn: Bankruptcy Department,    1165 Paysphere Circle,
               Chicago,IL 60674-0011
26979207      +Elmhurst Memorial Hospital,    Attn: Bankruptcy Department,    Po Box 4052,
               Schaumburg,IL 60168-4052
26979217      +Elmhurst Memorial Hospital,    Attn: Bankruptcy Department,    27535 Network Pl,
               Chicago,IL 60673-1275
26979209      +Elmhurst Outpatient,    PO Box 4052,    Carol Stream,IL 60197-4052
26979215      +Elmhurst Radiology, SC,    Bankruptcy Department,    PO Box 1035,    Bedford Park,IL 60499-1035
26979196      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
26979195      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
26979179      +John C Bonewicz PC,    14-M1-121131,    350 N Orleans 300,    Chicago,IL 60654-1607
26979181      +MBB,    Attn: Bankruptcy Dept.,    1460 Renaissance Dr,    Park Ridge,IL 60068-1331
26979206      +MIDLAND CREDIT MANAGEMENT, INC,    Registered Agent for,    Midland Funding, LLC,
               1821 Walden Office SQ STE 400,    Schaumburg, IL 60173-4273
26979191      +Mccalla Raymer Leibert Pierce,    2017-CH-07115,    1 N. Dearborn St. #1300,
               Chicago,IL 60602-4321
26979184      +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 7,
               Chicago,IL 60606-6914
26979200      +Nationwide Credit & CO,    Attn: Bankruptcy Dept.,    815 Commerce Dr Ste 270,
               Oak Brook,IL 60523-8852
26979214      +Nationwide Credit & Collection,    Bankruptcy Department,    815 Commerce Dr., Ste. 100,
               Oak Brook,IL 60523-8839
26979192      +OCWEN,    Attn: Bankruptcy Dept.,    Po Box 24646,    West Palm Beach,FL 33416-4646
26979193      +Ocwen LOAN Servicing L,    Attn: Bankruptcy Dept.,    3451 Hammond Ave,    Waterloo,IA 50702-5345
26979189      +Seterus Inc.,    Attn: Bankruptcy Dept.,    14523 Sw Millikan Way St,    Beaverton,OR 97005-2352
26979194       Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: ndil@geracilaw.com Aug 14 2018 01:15:03      Joseph M D'Onofrio,
               Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603
tr            +E-mail/Text: courtnotices@chi13.com Aug 14 2018 01:16:16      Marilyn O Marshall,
               224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 14 2018 01:16:27      Patrick S Layng,
               Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
               Chicago, IL 60604-2027
26979180      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 14 2018 01:18:19      Armor Systems CO,
               Attn: Bankruptcy Dept.,    1700 Kiefer Dr Ste 1,    Zion,IL 60099-5105
26979205      +E-mail/Text: bk@blittandgaines.com Aug 14 2018 01:15:57      Blitt and Gaines, PC,    16-M3-6761,
               661 Glenn Ave.,    Wheeling,IL 60090-6017
26979177      +EDI: RESURGENT.COM Aug 14 2018 04:43:00      CACH LLC,    Bankruptcy Department,
               370 17th St., Ste. 5000,    Denver,CO 80202-5616
26979213      +EDI: CCS.COM Aug 14 2018 04:43:00      Credit Collections SVCS,    725 Canton St.,
               Norwood,MA 02062-2679
26979216      +E-mail/Text: RDEVRIE@EMHC.ORG Aug 14 2018 01:18:18      Elmhurst Memorial Hospital,
               Attn: Bankruptcy Department,    200 Berteau,    Elmhurst,IL 60126-2966
26979197      +EDI: MID8.COM Aug 14 2018 04:43:00      GE Capital Retail BANK,    C/O Midland Funding,
               2365 Northside Dr Ste 30,    San Diego,CA 92108-2709
26979203      +EDI: MID8.COM Aug 14 2018 04:43:00      Midland Funding, LLC,    Bankruptcy Department,
               8875 Aero Drive, # 200,    San Diego,CA 92123-2255
26979202      +EDI: RMSC.COM Aug 14 2018 04:43:00      Syncb/Walmart,    Attn: Bankruptcy Dept.,    Po Box 965024,
               Orlando,FL 32896-5024
26983960      +EDI: RMSC.COM Aug 14 2018 04:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

```
District/off: 0752-1           User: ccorona1              Page 2 of 2                   Date Rcvd: Aug 13, 2018
                               Form ID: 309I               Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26979198*       +GE Capital Retail BANK,   C/O Midland Funding,   2365 Northside Dr Ste 30,
                  San Diego,CA 92108-2709
26979182*       +MBB,   Attn: Bankruptcy Dept.,   1460 Renaissance Dr,   Park Ridge,IL 60068-1331
26979183*       +MBB,   Attn: Bankruptcy Dept.,   1460 Renaissance Dr,   Park Ridge,IL 60068-1331
26979185*       +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 7,
                  Chicago,IL 60606-6914
26979186*       +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 7,
                  Chicago,IL 60606-6914
26979187*       +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 7,
                  Chicago,IL 60606-6914
26979199*       +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 7,
                  Chicago,IL 60606-6914
26979201*       +Nationwide Credit & CO,   Attn: Bankruptcy Dept.,   815 Commerce Dr Ste 270,
                  Oak Brook,IL 60523-8852
                                                                                               TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Joseph M D'Onofrio    on behalf of Debtor 1 Jeffery Richard Pabst, Sr. ndil@geracilaw.com
              Joseph M D'Onofrio    on behalf of Debtor 2 Michele Margaret Pabst ndil@geracilaw.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | | |
|---|---|---|---|---|
| In re: | Jeffery Pabst | ) | BK No.: | 18-22529 |
| | Michele Pabst | ) | | |
| | | ) | Chapter: | 13 |
| | | ) | Judge: | Honorable A. Benjamin Goldgar |
| | | ) | | |
| | | ) | | |
| | Debtor(s) | ) | | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
**(Use for cases filed on or after April 20, 2015)**

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

   (i) not entered into any other agreements that provide for the attorney to receive:

   a. any kind of compensation, reimbursement, or other payment, or

   b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

   (ii) have specifically discussed and understand that:

   a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

   b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

   c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

   d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

Our Client(s) Record # 788434                                          Local Bankruptcy Form 23-1

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00    flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 0.00        for filing fee paid by the attorney with the attorney's funds

$ 40.00       for other expenses incurred in connection with the case and paid by the attorney with
              the attorney's funds (itemization must be attached)

$ 40.00       Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

[X] None
A total of $ 0.00    .


Date of Application:    September 06, 2018            Attorney Signature    /s/ Joseph M. D'Onofrio


Our Client(s) Record # 788434                                               Local Bankruptcy Form 23-1

# Expenses

Docket No:       18-22529

Debtor:          Jeffery & Michele Pabst

| **Expense:** | **Date incurred:** | **Total Charge:** |
|---|---|---|
| Copies | 06/23/2018 - 09/05/2018 | $25 |
| Postage | 06/23/2018 - 09/05/2018 | $15 |
| | **TOTAL CHARGE:** | **$40.00** |